| | |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
| | MATTHEW P. KANNY (Bar No. CA 167118) |
| 2 | E-mail: MKanny@manatt.com |
| | DONNA L. WILSON (Bar No. CA 186984) |
| 3 | E-mail: DLWilson@manatt.com |
| | 11355 West Olympic Boulevard |
| 4 | Los Angeles, CA  90064-1614 |
| | Telephone:    (310) 312-4000 |
| 5 | Facsimile:    (310) 312-4224 |

*Attorneys for Defendants*
AETNA INC.; AETNA HEALTH AND LIFE INSURANCE COMPANY; AETNA INSURANCE COMPANY OF CONNECTICUT; and AETNA HEALTH OF CALIFORNIA INC.

KAPLAN FOX & KILSHEIMER LLP
LAURENCE D. KING (Bar No. CA 206423)
E-mail:  lking@kaplanfox.com
LINDA M. FONG (Bar No. CA 124323)
E-mail:  lfong@kaplanfox.com
MATTHEW B. GEORGE (Bar No. CA 239322)
E-mail:  mgeorge@kaplanfox.com
MARIO M. CHOI (Bar No. CA 243409)
E-mail:  mchoi@kaplanfox.com
350 Sansome Street, Suite 400
San Francisco, CA  94104
Telephone:    (415) 772-4700
Facsimile:    (415) 772-4707

*Attorneys for Plaintiff*
JOHN DOE

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AETNA INC.; AETNA HEALTH AND LIFE INSURANCE COMPANY; AETNA INSURANCE COMPANY OF CONNECTICUT; and AETNA HEALTH OF CALIFORNIA INC.,<br><br>Defendants. | CASE NO. 3:17-cv-05191-RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO TRANSFER CASE TO EASTERN DISTRICT OF PENNSYLVANIA PURSUANT TO 28 U.S.C. 1404(a)**<br><br>Judge: Hon. Richard Seeborg |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND [PROPOSED] ORDER
TO TRANSFER CASE
CASE No. 3:17-CV-05191-RS

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff John Doe ("Plaintiff") and Defendants Aetna Inc., Aetna Health and Life Insurance Company, Aetna Insurance Company of Connecticut, and Aetna Health of California Inc. (together, "Aetna") hereby stipulate as follows pursuant to Local Rule 7-12:

WHEREAS, on August 28, 2017, a putative class action titled *Andrew Beckett, et al. v. Aetna, Inc., et al.*, was filed in the United States District Court for the Eastern District of Pennsylvania ("EDPA"), No. 2:17-cv-03864-JS ("*Beckett*"). In *Beckett*, two AIDS/HIV legal services organizations and a private law firm filed a putative class action on behalf of a plaintiff (under the pseudonym "Andrew Beckett") alleging various state statutory and other claims arising from the alleged inadvertent disclosure by Defendant Aetna Inc. and certain other defendants of certain members' use of HIV-prevention and/or HIV medication through a windowed envelope. *Beckett* appears to be the first-filed case in the nation making these allegations;

WHEREAS, also on August 28, 2017, a second putative class action entitled *S.A. v. Aetna Inc., et al.*, No. 2:17-cv-07264-JS (E.D. Pa., filed Aug. 28, 2017) ("*S.A.*") was filed in Los Angeles Superior Court, involving substantially similar parties, the same legal and factual issues, and subsequently removed to the United States District Court for the Central District of California on October 3, 2017 and transferred by stipulation to the EDPA on October 4, 2017;

WHEREAS, this Action was initially filed on September 7, 2017 and served on Aetna under September 20, 2017;

WHEREAS, on October 10, 2017, a third putative class action entitled *R.H., et al. v. Aetna Health, Inc., et al.*, No. 3:17-cv-04566-MMB (E.D. Pa, filed Oct. 10, 2017) ("*R.H.*");

WHEREAS, the Parties agree that the parties and legal and factual issue in all four cases are substantially related and/or overlapping;

WHEREAS, the Parties understand and agree that the principal factors that courts evaluate in a 28 U.S.C. 1404(a) analysis – *i.e.,* convenience of the parties and the interests of justice – strongly favor transfer to the EDPA in order to preserve judicial economy and streamline the litigation;

WHEREAS, the Parties agree that Plaintiff Doe and any California putative class member

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND [PROPOSED] ORDER
TO TRANSFER CASE
CASE NO. 3:17-CV-05191-RS

| | |
|---|---|
| 1 | may have their deposition taken at a mutually convenient location in California; |
| 2 | WHEREAS, Defendants agree that Plaintiff Doe may continue to proceed anonymously |
| 3 | as "John Doe" in this litigation pursuant to this Court's September 18, 2017 Order and will not |
| 4 | challenge Plaintiff Doe's request to proceed anonymously as "John Doe" in any other forum; |
| 5 | WHEREAS, Defendants, for purposes of this lawsuit only, stipulate and agree to waive |
| 6 | any arguments regarding personal jurisdiction and venue in the EDPA so that there are no |
| 7 | objections to the EDPA presiding over all matters relating to this lawsuit; and |
| 8 | WHEREAS, in light of the foregoing, the Parties understand and agree that good cause |
| 9 | exists for a transfer of this matter by this Court to the EDPA pursuant to 28 U.S.C. 1404(a), and |
| 10 | have consented to the transfer of this action to the EDPA. |
| 11 | **NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and |
| 12 | Aetna, that |
| 13 | 1. The Parties consent to jurisdiction of the above-captioned Action in the United |
| 14 | States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1404(a); and |
| 15 | 2. The Parties thereby jointly request the Court for an order transferring this Action |
| 16 | transferred to the United States District Court for the Eastern District of Pennsylvania pursuant to |
| 17 | 28 U.S.C. § 1404(a). |
| 18 | **IT IS SO STIPULATED.** |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND [PROPOSED] ORDER
TO TRANSFER CASE
CASE NO. 3:17-CV-05191-RS

| | | |
|---|---|---|
| Dated: | November 3, 2017 | *Pursuant to L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.* |

MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Matthew P. Kanny
Matthew P. Kanny
Donna L. Wilson
*Attorney for Defendants*
AETNA INC.; AETNA HEALTH AND LIFE INSURANCE COMPANY; AETNA INSURANCE COMPANY OF CONNECTICUT; and AETNA HEALTH OF CALIFORNIA INC.

Dated: November 3, 2017

KAPLAN FOX & KILSHEIMER LLP

By: /s/ Matthew B. George
Laurence D. King
Linda M. Fong
Matthew B. George
Mario M. Choi
*Attorneys for Plaintiff*
JOHN DOE

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 11/6/17

Hon. Richard Seeborg
UNITED STATES DISTRICT COURT JUDGE